UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>M.A.C. COSMETICS, INC., and THE ESTEE LAUDER COMPANIES, INC.,<br><br>Defendants. | Case No.: 1:18-cv-09157-VSB |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I consent to join and act as Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: April 19, 2020

Print Name: Carren Elizabeth McNeal

Signature: *[signature]*

Date of Birth: [REDACTED]

Address: 1834 Caton Ave., Apt. 4D, Brooklyn, NY 11226

Telephone: (901)570-2352

Email: Mcnealcarren@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 20, 2020, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Salvatore C. Badala*
