USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
     STANLEY JOHNSON, et al.,                               :
                                                            :
                              Plaintiffs,                   :
                                                            :          18-CV-9157 (VSB)
                    -against-                               :
                                                            :                ORDER
     M.A.C. COSMETICS, INC., et al.,                        :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

     In light of the current public health crisis, it is hereby:

     ORDERED that the post-discovery conference currently scheduled for May 15, 2020 is adjourned sine die.

     IT IS FURTHER ORDERED that the parties are directed to meet and confer and submit a joint letter within thirty (30) days summarizing the status of discovery in this case and any anticipated motion practice. If all discovery has not been completed, the parties shall submit a proposed schedule for the completion of the remaining discovery. If the parties anticipate motion practice, the letter shall include a proposed briefing schedule for the Court's review. If the parties anticipate proceeding to trial, the parties shall review Rule 6 of my Individual Rules & Practices in Civil Cases and proceed accordingly.

     The parties shall also inform me whether they wish to be referred to the Mediation Program or the Magistrate Judge at this time. The parties are encouraged, but not required, to pursue an alternative form of dispute resolution before commencing motion practice.

SO ORDERED.

Dated:  May 7, 2020
        New York, New York

Vernon S. Broderick
United States District Judge