```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STANLEY JOHNSON,

                              **Plaintiff,**                        **18-CV-09157 (VSB)(SN)**

             -against-                                               **ORDER**

M.A.C. COSMETICS, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, June 09, 2020, the Honorable Vernon S. Broderick re-referred this matter to my docket for settlement. At this time, the Court is conducting settlement conferences by telephone using the Court's designated confidential teleconferencing system. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if they believe it would be productive at this time.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       June 11, 2020
                 New York, New York