

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY  10017
Tel 212-545-4000
Fax 212-972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (212) 545-4073
MY EMAIL ADDRESS IS: MellkW@jacksonlewis.com

October 2, 2020

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.** 10/7/2020

Re:   **Stanley Johnson v. M.A.C. Cosmetics, Inc. et ano.
Case No.: 18-CV-09157 (VSB)**

Dear Judge Broderick:

      This firm represents Defendants M.A.C. Cosmetics, Inc. and The Estee Lauder Companies, Inc. (together, "Defendants") in connection with the above-referenced matter.

      We write jointly with counsel for Plaintiff Stanley Johnson and the opt-in plaintiffs (together, "Plaintiffs") to respectfully request a 30-day stay of the parties' current filing deadlines in connection with Plaintiffs' pending Motion for Conditional Certification of the Fair Labor Standards Act Collective and Issuance of Court-Approved Notice. The filing of Plaintiffs' motion has prompted renewed settlement discussions between the parties regarding a potential mediation.

      Defendants' current deadline to file opposition papers to the motion is October 9, 2020 and Plaintiffs' current deadline to file their reply brief is October 23, 2020.  The parties respectfully request that the Your Honor hold these deadlines in abeyance for 30 days to allow the parties to conduct a private mediation in an attempt to fully resolve this matter.

      This is the first request for a stay of the current briefing deadlines.

      Thank you for your consideration of this matter.  Please let us know if you have any questions or require any further information.



Hon. Vernon S. Broderick, U.S.D.J.  
October 2, 2020  
Page 2

        Respectfully submitted,

        JACKSON LEWIS P.C.

        */s/ Wendy J. Mellk*

        Wendy J. Mellk

cc:   All parties (via ECF)

4841-2695-9565, v. 1