

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**666 Third Avenue**
**29th Floor**
**New York, NY 10017**
Tel 212-545-4000
Fax 212-972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS:  (212) 545-4073
MY EMAIL ADDRESS IS:  MellkW@jacksonlewis.com

**APPLICATION GRANTED**
**SO ORDERED** _[signature]_
**VERNON S. BRODERICK**
**U.S.D.J.** 1/18/2021

January 15, 2021

The parties shall appear for a telephonic conference to discuss the status of the settlement agreement and Plaintiff's conditional certification motion on February 25, 2021 at 11:00 a.m.  The parties shall enter the conference by dialing 1-888-363-4749 and entering access code 2682448.

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **Stanley Johnson v. M.A.C. Cosmetics Inc. et ano.**
        **Case No.: 18-CV-09157 (VSB) (SN)**

Dear Judge Broderick:

This firm represents Defendants M.A.C. Cosmetics Inc. and The Estée Lauder Companies Inc. (together, "Defendants") in connection with the above-referenced matter.

We write jointly with counsel for Plaintiff Stanley Johnson and the opt-in plaintiffs (together, "Plaintiffs") pursuant to the Court's December 17, 2020 Order (ECF No. 83) to update the Court regarding the parties' anticipated submission of a formal proposed settlement agreement. The parties reached an agreement in principle to settle this matter following good faith and arm's length settlement negotiations at a November 10, 2020 private mediation session. The parties have fully executed a term sheet specifying the general contours of the proposed settlement.

The parties respectfully request that the Court continue to hold Defendants' deadline to file opposition papers to Plaintiffs' conditional certification motion, as well as Plaintiffs' deadline to file their reply brief in abeyance for an additional 30 days as the parties are still in the process of finalizing the agreement.

This is the fifth request for a stay of the current briefing deadlines.

Thank you for your consideration of this matter.  Please let us know if you have any questions or require any further information.



Hon. Vernon S. Broderick, U.S.D.J.
January 15, 2021
Page 2

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Wendy J. Mellk*

Wendy J. Mellk

cc:    All parties (via ECF)

4836-0458-4151, v. 1