**NAPOLI SHKOLNIK** PLLC
ATTORNEYS AT LAW

March 25, 2021

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 3/31/2021

Re: *Stanley Johnson, et al. v. M.A.C. Cosmetics, Inc., et al.* (18-cv-9157)

Dear Judge Broderick:

Pursuant to Rules 1(A) and 5(B) of the Individual Rules & Practices in Civil Cases, Plaintiffs respectfully request that the Court approve and authorize the sealing of Exhibit 3 ("Napoli Shkolnik PLLC Total Loadstar and Billable Hours") attached to the letter to the court requesting approval of Settlement, which contains counsels' billable hours and work descriptions.

This document contains information that Plaintiffs designate as "Confidential," and "Attorney Work Product" and should therefore be sealed from public view.

Respectfully,

*/s/ Salvatore C. Badala*
Salvatore C. Badala
Napoli Shkolnik, PLLC.
*Attorneys for Plaintiff*