**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STANLEY JOHNSON, on behalf of himself and all others similarly situated,

                         Plaintiff,

-against-

M.A.C. COSMETICS INC. and THE ESTÉE LAUDER COMPANIES INC.,

                        Defendants.

No. 18-cv-9157 (VSB)

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 79-5, Plaintiff moves the Court to issue an administrative order authorizing the sealing of the Declaration of Salvatore C. Badala in support of the Letter for Approval of Settlement. This document contains information that Plaintiffs designated "Confidential," and/or "attorney's work product" in this case.

The basis for Plaintiff's administrative motion is provided in the Declaration of Salvatore C. Badala.

Dated: Melville, New York
         December 10, 2021

                                    *s/ Salvatore C. Badala*
                                    Salvatore C. Badala, Esq.
                                    NAPOLI SHKOLNIK PLLC
                                    400 Broadhollow Road, Suite 305
                                    Melville, New York 11747

APPLICATION DENIED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/13/21

                                    *ATTORNEYS FOR PLAINTIFFS*

This denial is without prejudice.
The sealing request as filed is overbroad. The only asserted basis for sealing pertains to attorney time records attached as an exhibit to an attorney declaration. (See Doc. 92.) But sealing is also sought for documents as to which no basis for sealing is asserted. Moreover, sealing is sought pursuant to a local rule which appears to be the local rule of a district court different from this Court. Accordingly, by December 20, 2021, a renewed letter motion for sealing may be filed. Such renewed letter motion must clearly assert the basis for sealing as to all documents for which sealing is sought. If the parties have questions as to the form that letter motions to seal should take, they may wish to review sealing motions made in other cases before me. See, e.g., Letter Motion to Seal, SmartStream Techs., Inc. v. Chambadal, 17-cv-2459-VSB (S.D.N.Y. Aug. 25, 2017), Doc. 41; Letter Motion to Seal, Intl'l Flight Resources, LLC v. Aufiero et al., 21-cv-3029-VSB (S.D.N.Y. June 25, 2021), Doc. 23.